**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

**In re:**

**OCEAN VIEW INT'L REALTY INC.**               Case No. 11-15210-BKC-RAM
                                               Chapter 7

      **Debtor.**
_____/

<u>**TRUSTEE'S OBJECTION TO CLAIM NO. 14 OF JOAN TYNDALL**</u>

**IMPORTANT NOTICE TO CREDITORS:**
**THIS IS AN OBJECTION TO YOUR CLAIM**

      This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

      If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to Barry E. Mukamal, Trustee, PO Box 14183, Fort Lauderdale, FL 33302 OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.

      If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

      Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

      <u>301 North Miami Avenue, Room 150, Miami, FL 33128</u>

      Pursuant to FRBP 3007 and Local Rule 3007-1, the Trustee objects to the following claim filed in this case:

-2-

| Claim No. | Name and Address of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition of Claim |
|---|---|---|---|
| 14 | Joan Tyndall<br>4800 Bayview Drive, #705<br>Ft. Lauderdale, FL 33308 | $3,192.50<br>Priority | The Trustee objects to the claim as filed. The Claimant asserts a priority claim based on unpaid commissions earned on 04/22/2010. The bankruptcy was filed on 02/28/2011; therefore, to be entitled to priority classification, the commissions had to be earned between 09/01/2010 and 02/28/2011. As a result, the commissions were <u>not</u> earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business – 11 U.S.C. § 507(a)(4).<br>Accordingly, based on the documents provided, this claim should be reclassified and allowed as a general unsecured claim in the amount of $3,192.00. |

I **HEREBY CERTIFY** that a true and correct copy of the foregoing was served (i) via the Court's CM/ECF notification to those parties who are registered CM/ECF participants in this case and/or (ii) via U.S. Mail to all parties on the attached service list this 20th day of August, 2021.

/s/ Barry E. Mukamal
Barry E. Mukamal, Trustee
PO Box 14183
Fort Lauderdale, FL 33302
Tel: (786) 517-5760
bemtrustee@kapilamukamal.com

-3-
**Service List**

The following parties were served via US mail:

Joan Tyndall
4800 Bayview Drive, #705
Ft. Lauderdale, FL 33308