**Richard Catania PA**
1530 NE 63rd Court
Fort Lauderdale, Florida 33334
September 8, 2021



Re: Case No. 11-15210-BKC-RAM
      Chapter 7

Mr. Barry E. Mukamal, Trustee:

As a registered CM/ECF participant in this case, I disagree with your decision to reclassify my claim as a general, unsecured claim in the amount of $8,580.00, in the matter of Ocean View Int'l Realty, Inc. I worked for this company for many years in a fully satisfactory manner, assuring their continuing successful operation. Their unexpected and unforeseen closure left me with this large unpaid claim for which I have been waiting many years for satisfactory and fair closure by the courts.

It is singularly unfair to cite dates, over which I have neither control nor input, to place my claim in a less favorable group, i.e. "general, unsecured claim", when in fact, I was a principal player in the ongoing financial health of Ocean View. My contributions were positive and in no way contributed to the financial problems of the company. I worked diligently for our mutual success yet now I am related by your action to the far less favorable status you propose.

My claim deserves to be considered as a priority based on the unpaid commissions to which I am entitled. The commission in question was earned on 08/13/2011, just 18 days shy of the 180 day window from the bankruptcy petition. It seems unjust enough to have fight for the legitimately earned monies from over 10 years ago, but to be now placed in a wholly less favorable situation is unacceptable.

Respectfully,

Richard Catania PA