9/04/2021

ANSWER TO TRUSTEES OBJECTION TO claim No 14 of JOAN TYNDALL

IN re:

OCEAN VIEW INT'L REALTY INC

Debtor   Case No. 11-15210-BKC-RAM  Chapter 7

Be in known by all men that Joan Tyndall disagrees to either disallow or reduce or change the priority status of the claim filed by Joan Tyndall or on my behalf.

My claim should be allowed in its entirety as I worked diligently and the refusal by Ocean View Realty to pay my earned commissions effected my capacity to pay bills in a timely fashion.

I was supporting my daughter and loss of said Commission monies of $3,192.50 Caused me undue stress and hardship. I had a mortgage payment and many bills to pay. I also had to pay my MLS board dues in excess of $700. In addition to the costs of license renewal and the Schooling I am required to take for my continuing Real Estate Education to allow me to earn commission monies going forward.

Joan Tyndall
Director CTCA
Real Estate Broker/Realtor
Associate
4800 Bay View Drive #705
Fort Lauderdale, FL, U.S.A.
33308
615-428-5735 - 954-491-6066

351 NORTH MIAMI AVENUE ROOM 150, MIAMI, FL. 33128